FEBRUARY 11, 1974

No. 73–576.   CYZEWSKI, AKA SCALZI, ET AL. *v.* UNITED STATES.   C. A. 5th Cir.   Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.

FEBRUARY 19, 1974

No. 73–297.   ALLIANCE FOR CONSUMER PROTECTION, HILL DISTRICT BRANCH, ET AL. *v.* MILK MARKETING BOARD OF PENNSYLVANIA ET AL.   Pa. Commw. Ct.   Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.

No. 73–812.   PENNSYLVANIA PUBLIC UTILITY COMMISSION *v.* UNITED STATES ET AL.   Affirmed on appeal from D. C. M. D. Pa.

No. 73–961.   WALLACE, GOVERNOR OF ALABAMA, ET AL. *v.* SIMS ET AL.   Affirmed on appeal from D. C. M. D. Ala.

No. 73–766.   LEDFORD ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.   Appeal from C. A. 9th Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 73–897.   PHELPS *v.* COVEY, REFEREE IN BANKRUPTCY.   Appeal from C. A. 7th Cir. dismissed for want of substantial federal question.